UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:11-CV-44-F

| | |
|---|---|
| BEACH MART, INC., )<br>    Plaintiff )<br>                  )<br>v.               )<br>               )<br>L&L WINGS, INC., )<br>    Defendant. )<br>_____ )<br>               )<br>L&L WINGS, INC., )<br>    Counterclaimant )<br>               )<br>v.               )<br>               )<br>BEACH MART, INC., )<br>    Counter Defendant. ) | **ORDER** |

This matter is before the court on L&L Wings's Motion to Strike, or, in the Alternative, Motion to Exceed Page Limit and For Extension of Time to Respond [DE-168]. In the motion, L&L argues that Beach Mart's memorandum of law in support of its Motion for Sanctions [DE-166] exceeds the page limits prescribed by the Local Rules of this court. L&L reasons that the motion for sanctions relates solely to discovery practices and thus is limited to ten pages under Local Rule 7.2(e).

Even assuming Beach Mart's motion should be classified as a discovery motion, the court declines to strike the motion. The court, in its discretion, finds that Beach Mart's motion for sanctions should not be limited to ten pages. As such, L&L's motion to strike is DENIED. L&L's motion to exceed page limits and for an extension of time is ALLOWED and it is hereby

ORDERED that L&L may respond in accordance with the local rules governing non-discovery motions with respect to the page limit and the deadline for responding. Beach Mart may reply in accordance with the local rules governing non-discovery motions.

SO ORDERED.

This the 28 day of October, 2013.

                                              JAMES C. FOX
                                              Senior United States District Judge