UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:11-CV-00044-F

| | |
|---|---|
| BEACH MART, INC., <br>     Plaintiff <br><br> v. <br><br> L&L WINGS, INC., <br>     Defendant. <br><br><br> L&L WINGS, INC., <br>     Counterclaimant <br><br> v. <br><br> BEACH MART, INC., <br>     Counter Defendant. <br><br><br> L&L WINGS, INC., <br>     Plaintiff <br><br> v. <br><br> SHEPARD MORROW, SUPER WINGS, LLC, <br> and BEACH MART, INC., <br>     Defendants. | **SETTLEMENT CONFERENCE** <br> **SCHEDULING ORDER** |

    This matter is before the court on the parties' Joint Motion to Schedule Settlement Conference Pursuant to Local Alternative Dispute Resolution Rule 101.2(a) [DE-245] (the "Motion"). For good cause shown, the Motion is ALLOWED.

    The court hereby ORDERS the parties to participate in a court-hosted settlement conference. This matter, including whether Shepard Morrow must personally attend the

conference, is referred to United States Magistrate Judge Gates for a settlement conference at a time to be set by Magistrate Judge Gates.

SO ORDERED.

This, the 17 day of November, 2014.

JAMES C. FOX
Senior United States District Judge