UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:11-CV-00044-F

| | |
|---|---|
| BEACH MART, INC., Plaintiff ) ) ) v. ) ) L&L WINGS, INC., Defendant. ) ) ) ) ) ) L&L WINGS, INC., Counterclaimant ) ) ) v. ) ) BEACH MART, INC., Counter Defendant. ) ) ) L&L WINGS, INC., Plaintiff ) ) ) v. ) ) SHEPARD MORROW, SUPER WINGS, LLC, and BEACH MART, INC., Defendants. ) ) ) | **ORDER** |

This matter is before the court on a motion [DE-255] by L&L Wings, Inc., to clarify the court's scheduling order of October 31, 2014. While the court had thought this matter resolved at the scheduling conference held before the undersigned on October 28, 2014, the court now clarifies as follows: the court limits depositions on the Morrow Issues to seven (7) hours per the Federal Rules of Civil Procedure, without deduction for any examinations that occurred prior to the opening of Phase I fact discovery on November 3, 2014.

SO ORDERED.

This, the 13 day of January, 2015.

                                            JAMES C. FOX
                                            Senior United States District Judge