UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| BEACH MART, INC., <br>     Plaintiff <br><br> v. <br><br> L&L WINGS, INC., <br>     Defendant | No. 2:11-CV-44-F |
| L&L WINGS, INC., <br>     Counterclaimant <br><br> v. <br><br> BEACH MART, INC., <br>     Counter Defendant | |
| L&L WINGS, INC., <br>     Plaintiff <br><br> v. <br><br> SHEPARD MORROW, individually, <br> SUPER WINGS, LLC, and <br> BEACH MART, INC., <br>     Defendants. | No. 2:14-CV-52-F |

**ORDER**

THIS MATTER comes before the court on the Parties' Joint Stipulation to Extend Time to Complete Limited Fact Discovery [DE-260]. Having considered the Parties' stipulation and for good cause shown, it is hereby ORDERED that the period of fact discovery in Phase I of the above-captioned litigation as set forth in this Court's October 31, 2014 Scheduling Order, [D.E. 241], is hereby extended to February 20, 2015. No other dates in the Scheduling Order are altered by this Order.

SO ORDERED, this the 29th day of January, 2015

_____
JAMES C. FOX
Senior United States District Judge