IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| BEACH MART, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>L&L WINGS, INC., )<br>)<br>Defendant. )<br>_____) | Civil Action No. 2:11-cv-00044-FL |
| L&L WINGS, INC., )<br>)<br>Counterclaimant, )<br>)<br>vs. )<br>)<br>BEACH MART, INC., )<br>)<br>Counterclaim Defendant. )<br>_____) | |
| L&L WINGS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BEACH MART, INC., )<br>)<br>Defendant. ) | Civil Action No. 2:14-CV-00052-FL |

**ORDER GRANTING MOTION TO SEAL**

This matter having come before the Court on Plaintiff Beach Mart, Inc.'s ("Beach Mart") Motion to Retain Under Seal certain documents cited by Beach Mart and L&L in their respective pre-trial motions directed to expert witness issues filed on March 13, 2020, and this Court having

considered the Motion and accompanying memoranda, and it appearing based on said Motion and other matters of record before the Court that the impairment of public interest has been minimized and that the public interest in access to these limited parts of the court proceedings is substantially outweighed by the parties' interest in protecting certain confidential information, that good cause exists for granting the Motion and it is hereby ORDERED that the Motion is ALLOWED.

The Clerk is hereby directed to retain under seal the following documents: D.E. 379, D.E. 380, D.E. 381, D.E. 382, D.E. 384, D.E. 459-1, D.E. 459-2, D.E. 459-3, D.E. 459-4, D.E. 459-5, D.E. 464, D.E. 465, D.E. 467, D.E. 476, D.E. 477, D.E. 478, and D.E. 479.

The Clerk is further directed, with the consent of Beach Mart as reflected in the Motion, to unseal the following documents: D.E. 466 and D.E. 468.

SO ORDERED, this the 26th day of March, 2020.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE