IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| BEACH MART, INC., | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| L&L WINGS, INC., | ) | |
| Defendant. | ) | Civil Action No. 2:11-cv-00044-FL |
| L&L WINGS, INC., | ) | |
| Counterclaimant, | ) | |
| vs. | ) | |
| BEACH MART, INC., | ) | |
| Counterclaim Defendant. | ) | |
| L&L WINGS, INC., | ) | Civil Action No. 2:14-CV-00052-FL |
| Plaintiff, | ) | |
| vs. | ) | |
| BEACH MART, INC., | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO SEAL

This matter having come before the Court on Plaintiff Beach Mart, Inc.'s ("Beach Mart") Renewed Motion to Retain Under Seal certain documents filed on April 4, 2020, and it appearing to this Court based on said Motion and other matters of record before the Court that the impairment

of public interest has been minimized and that the public interest in access to these limited parts of the court proceedings is substantially outweighed by the parties' interest in protecting certain confidential information, that good cause exists for granting the Motion and it is hereby ORDERED that the Motion is ALLOWED.

The Clerk is hereby directed to retain under seal the following documents:

D.E. 499

D.E. 500.

SO ORDERED, this the 15th day of April, 2020.

_____
LOUISE W. FLANGAN
UNITED STATES DISTRICT JUDGE