IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:11-CV-44-FL

| | | |
|---|---|---|
| BEACH MART, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | ORDER |
| L&L WINGS, INC., | ) ) | |
| Defendant. | ) ) | |

Review of the docket reveals that certain trial-related motions, including defendant's motions in limine (DE 547, 598), plaintiff's motions in limine (DE 562, 564), and plaintiff's motion to strike (DE 606), remain pending. Where trial in this matter concluded with jury verdict on November 16, 2020, the clerk is directed to TERMINATE the foregoing motions.

The court SETS this matter for hearing at the United States Courthouse at New Bern on **March 16, 2021**, at **9:30 a.m**., for address of the following motions and filings:

1) Defendant's motion to require plaintiff to elect remedies (DE 651)
2) Plaintiff's proposed final judgment (DE 657)
3) Defendant's motion for judgment on declaratory relief (DE 658)
4) Plaintiff's motion to seal (DE 673)

SO ORDERED, this the 3rd day of March, 2021.

LOUISE W. FLANAGAN
United States District Judge