IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| Beach Mart, Inc., | ) | CIVIL ACTION NO. 2:11-cv-00044-FL |
| Plaintiff, | ) | |
| v. | ) | |
| L&L Wings, Inc., | ) | |
| Defendant. | ) | |
| L&L Wings, Inc. | ) | |
| Counterclaim Defendant. | ) | |
| vs. | ) | |
| Beach Mart, Inc., | ) | |
| Counterclaim Defendant. | ) | |
| L&L Wings, Inc., | ) | CIVIL ACTION NO. 2:14-CV-00052-FL |
| Plaintiff, | ) | |
| vs. | ) | |
| Beach Mart, Inc. | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO SEAL**

This matter having come before the Court on Defendant L&L Wings, Inc.'s ("L&L Wings") Motion to Retain Under Seal Exhibit A of its Memorandum In Support of Motion to Require Plaintiff Beach Mart, Inc. to Elect Remedies, D.E. 652.

1

Having considered the Motion and accompanying Memorandum, this Court finds that based on said Motion and other matters of record before the Court, the impairment of public interest has been minimized and the public interest in access to these limited parts of the court proceedings is substantially outweighed by the parties' interest in protecting certain confidential information. Therefore good cause exists for granting the Motion, and it is hereby ORDERED that the Motion is ALLOWED.

The Clerk is hereby directed to retain under seal Exhibit A of Defendant L&L Wings, Inc.'s Memorandum In Support of Motion to Require Plaintiff Beach Mart, Inc. to Elect Remedies, D.E. 652.

SO ORDERED, this the 24th day of September, 2021.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE