UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| BEACH MART, INC., Plaintiff <br><br> v. <br><br> L&L WINGS, INC., Defendant | No. 2:11-CV-44-FL |
| L&L WINGS, INC., Counterclaimant <br><br> v. <br><br> BEACH MART, INC., Counter Defendant | |
| L&L WINGS, INC., Plaintiff <br><br> v. <br><br> BEACH MART, INC., Defendants. | No. 2:14-CV-52-FL |

## ORDER GRANTING MOTION TO SEAL

This matter having come before the Court on Plaintiff Beach Mart, Inc. Motion to Seal Exhibits Containing Transcripts, D.E. 612-1, 623-1, 623-2, and 625-1, and having considered the Motion, this Court finds that good cause exists for the Court granting the Motion.

It is hereby ORDERED that the Motion is ALLOWED. The Clerk is direct to retain under seal D.E. 612-1, 623-1, 623-2, and 625-1.

SO ORDERED, this the <u>24th</u> day of <u>September</u>, 2021.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE