IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| BEACH MART, INC., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>L&L WINGS, INC., )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 2:11-cv-00044-FL |
| L&L WINGS, INC., )<br>)<br>    Counterclaimant, )<br>)<br>vs. )<br>)<br>BEACH MART, INC., )<br>)<br>    Counterclaim Defendant. )<br>_____ ) | Civil Action No. 2:14-CV-00052-FL |
| L&L WINGS, INC., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>BEACH MART, INC., )<br>)<br>    Defendant. ) | |

## ORDER GRANTING MOTION TO SEAL

This matter having come before the Court on Plaintiff Beach Mart, Inc.'s ("Beach Mart") Motion to Seal Certain Selected Excerpts of Volumes 5, 6, and 7 of the trial transcripts, and this Court having considered the Motion and accompanying memoranda, and it appearing based on said Motion

and other matters of record before the Court that the impairment of public interest has been minimized and that the public interest in access to these limited parts of the court proceedings is substantially outweighed by the parties' interest in protecting certain confidential information, that good cause exists for granting the Motion and it is hereby ORDERED that the Motion is ALLOWED.

The Clerk is hereby directed to retain under seal the following documents: D.E. 734, D.E. 735, and D.E. 736. The Court Reporter is hereby directed to redact the indicated information of D.E. 743, D.E. 744, and D.E. 745 from the final public versions of the trial transcripts that are filed with the court, and to prepared sealed excerpts of the final transcript reflecting such redactions, which excerpts are to be maintained under seal in this and any other proceeding.

SO ORDERED, this the  24  day of  September , 2021.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE